UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: 2:26-cv-05826-AB-E | Date: July 30, 2026 |
|---|---|

Title: *United African-Asian Abilities Club et al v. Edgemont Group LLC, et al.*

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|
| Evelyn Chun | N/A |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings: [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before August 10, 2026,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒ Defendant Edgemont Group LLC and Edgemont Deal LLC ("Defendants") were served with the Complain on June 9, 2026 and responses were due June 30, 2026 (Dkt. Nos. 11 and 12). On July 7, 2026, Plaintiff filed a Joint Stipulation Extending Time to Answer Complaint as to Defendants (Dkt. No. 14) with a new response date of July 22, 2026. Defendants did not answer the complaint, yet Plaintiff has failed to request

entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.